NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT


KELDRICE DESHINE LEGREE, SR.,  )
DOC #H19555,                   )
                               )
      Appellant,            )
                               )
v.                             )       Case No. 2D17-3932
                               )
STATE OF FLORIDA,              )
                               )
      Appellee.             )
_____ )

Opinion filed June 20, 2018.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court for
Highlands County; Peter F. Estrada,
Judge.

Keldrice Deshine Legree, Sr., pro se.


PER CURIAM.


      Affirmed.


NORTHCUTT, CRENSHAW, and ROTHSTEIN-YOUAKIM, JJ., Concur.